UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAFTSHACK, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>KEG N BOTTLE, et al.,<br><br>                              Defendants. | Case No.:  3:19cv1333-LAB (ksc)<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT [Dkt. 14]** |

The parties filed a Stipulation to Set Aside the Defaults of Defendants. Dkt. 14. Fed. R. Civ. P. 55(c) permits the Court to set aside an entry of default for good cause. Plaintiffs filed proofs of service stating that the First Amended Complaint was served on Defendants by March 4, 2020. Dkt. Nos. 7, 8, 9. Defendants failed to respond due to "an oversight." Dkt. No. 14. The clerk entered default on June 1, 2020.

Because the courts have a strong policy in favor of deciding cases on the merits, *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), the parties have shown good cause to set aside an entry of default. The motion is **GRANTED**. Defendants shall respond to the amended complaint within ten days of the date of this order.

**IT IS SO ORDERED**.

Dated:  June 23, 2020

*Larry A. Burns*
**Hon. Larry Alan Burns**
Chief United States District Judge