# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAFTSHACK, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEG N BOTTLE, an unincorporated entity d/b/a/ "Keg N Bottle," and http://kegnbottle.com; ROBY NAJIB KONJA, an individual; TONY NAJIB KONJA, an individual; and DOES 1 through 10,<br><br>Defendant. | No. 19cv01333-LAB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 27]** |

The parties filed a joint motion to dismiss Court under Fed. R. Civ. P. 41(a)(1)(A)(ii). That Motion is **GRANTED**. Dkt. 27. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: January 15, 2021

_Larry A. Burns_
Hon. Larry Alan Burns
Chief United States District Judge

19cv1333-LAB-KSC